IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:16-CV-11-F

| | | |
|---|---|---|
| VALERIE FAYE SUTTON-GALLOP, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CAROLYN W. COLVIN, Commissioner of | ) | |
| Social Security, | ) | |
| Defendant. | ) | |

For good cause having been shown upon the Motion of the Defendant, it is hereby ORDERED that Defendant be allowed to file a response out of time and is granted an extension of time until June 10, 2016, in which to respond to Plaintiff's Complaint.

SO ORDERED this 16th day of May, 2016.

_____
JAMES C. FOX
Senior United States District Judge