IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:16-CV-11-FL

VALERIE FAYE SUTTON-GALLOP

      Plaintiff,

v.

NANCY A. BERRYMAN,
Commissioner of Social Security,

      Defendant.

ORDER FOR PAYMENT OF ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT
28 U.S.C. § 2412

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,400.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Such payment should be sent to:

Branch W. Vincent, III
8 Juniper Trail
Southern Shores, NC 27949
Phone 252-261-5477
BWVincent3@VincentLawFirm.net

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by **check payable to Plaintiff's counsel, Branch W. Vincent, III**, and mailed to the office address above in accordance with Plaintiff's assignment to counsel of her right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

SO ORDERED, this the 11th day of October, 2017.

_____
Louise Wood Flanagan
United States District Judge