IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:16-CV-00011-FL

| | | |
|---|---|---|
| VALERIE F. SUTTON GALLOP, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of Plaintiff's supplemental petition for attorney's fees pursuant to 42 U.S.C. § 406(b), Defendant's response lacking an objection thereto, it is this 5th day of April, 2019, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Plaintiff's counsel is awarded an attorney's fee pursuant to 42 U.S.C. § 406(b), in the amount of $30,365.00 (25 percent of the past-due benefits) paid from Valerie Sutton Gallop's past due benefits and $ 9,940.75 (25% of past-due auxiliary benefits) paid from Devetta I. Gallop's past due auxiliary benefits. Devetta I Gallop is the child to Valerie Sutton Gallop. Further, Plaintiff's counsel is to refund to Plaintiff the smaller award between this amount and the EAJA award.

This 5th day of April, 2019.

_____
LOUISE W. FLANAGAN
DISTRICT COURT JUDGE